UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

MARCO ANTONIO SAENZ                          CIVIL ACTION NO. 26-0863

                                             SECTION P
VS.
                                             JUDGE TERRY A. DOUGHTY

MELISSA B. HARPER, ET AL.                    MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

Petitioner Marco Antonio Saenz, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 27th day of April, 2026.

Kayla Dye McClusky
United States Magistrate Judge