**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MARCO ANTONIO SAENZ #A221-469-365** | **CASE NO.  3:26-CV-00863 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MELISSA B HARPER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT OF DISMISSAL**

Considering the Motion for Voluntary Dismissal of Petitioner's Habeas Corpus Petition [Doc. No. 5] filed by Petitioner, Marco Antonio Saenz ("Petitioner"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 6th day of May 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE